# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2488
LT Case No. 2010-CF-1310-A

_____

MALCOLM THROWER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
London Kite, Judge.

Malcolm Thrower, Daytona Beach, pro se.

No Appearance for Appellee.

March 12, 2024

PER CURIAM.

AFFIRMED.

MAKAR, LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____